USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 24 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     WAIVER OF INDICTMENT

    - v. -                        :     14 Cr.

DAVID POST,                       :     14 CRIM 715

    Defendant.                    :

- - - - - - - - - - - - - - - - - x

    DAVID POST, the defendant, who is accused of violating Title 18, United States Code, Sections 2 and 371; Title 15, United States Code, Sections 78j(b) & 78ff; and Title 17, Code of Federal Regulations, Sections 240.10b-5 & 240.10b5-2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
         October 24, 2014

_____
Defendant

_____
Counsel for Defendant

_____
Witness