RECEIVED
JUL 21 2015
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC:
DATE: 7/21/15

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-922-3882
www.alston.com

Craig Carpenito

Direct Dial: 212-210-9582

Email: craig.carpenito@alston.com

July 14, 2015

*Sentencing is adjourned until October 16, 2015 @ 11:00 a.m.*

*[signed] A. K. Hellerstein 7-21-15*

VIA FASCIMILE & U.S. MAIL

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: United States of America v. David Post, 14 CR. 715 (AKH)

Dear Judge Hellerstein:

We represent Defendant David Post in the above-referenced matter. As you know, Mr. Post's sentencing hearing is currently scheduled for October 2, 2015. Unfortunately, I am scheduled to be out of the state on that date on business. I have spoken with the U.S. Attorney's Office for the Southern District of New York (the "Government") and they have agreed to move the hearing to another day in October that is convenient for the Court. After conferring with the Government, it appears that any day in October will work except for October 1, 2, 13, 14 and 21.

If you have any questions or concerns, feel free to reach out to me at (212) 210-9582.

Respectfully submitted,

Craig Carpenito /as

Craig Carpenito

Cc: Assistant U.S. Attorney Jessica Masella
Assistant U.S. Attorney Edward Kim